BEFORE THE SECOND DIVISION, APRIL 24, 1961

No. 65495.—Glencourt Importing Co. *v.* United States, protest 325939–K (Baltimore).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of paper needle holders the same in all material respects as those the subject of Abstract 63099, the claim of the plaintiff was sustained.